

# IN THE
## TENTH COURT OF APPEALS

### No. 10-15-00285-CV

**DAMON BESHEARS,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 414th District Court**
**McLennan County, Texas**
**Trial Court No. 2015-3058-5**

## MEMORANDUM OPINION

Damon Beshears appeals the issuance of a protective order against him which was rendered on August 12, 2015. By letter dated September 17, 2015, the Clerk of this Court notified Beshears that the appeal was subject to dismissal because the original filing fee of $195.00 had not been paid and warned Beshears that the Court would dismiss the appeal unless, within 10 days from the date of the letter, Beshears paid the

filing fee or obtained indigent status for the purposes of appeal. Ten days have passed, and Beshears has not responded.

This appeal is dismissed. TEX. R. APP. P. 42.3(c).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Appeal dismissed
Opinion delivered and filed October 15, 2015
[CV06]

